Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

ORIGINAL

# UNITED STATES DISTRICT COURT
for the

District of

Division



FILED
2019 APR 22 PM 1:45
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

THOMAS, ARNOLD H.

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

STATE OF FLORIDA/ STEVEN M. FAHLGREN D/B/A JUDGE IN AND FOR NASSAU COUNTY FLORIDA

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:19-cv-440-J-32PDB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | THOMAS, ARNOLD H. |
| Street Address | c/o 802 DIANE DR. |
| City and County | FERNANDINA |
| State and Zip Code | FLORIDA |
| Telephone Number | 904-261-6869 |
| E-mail Address | OFFICEAHT359@GMAIL.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name  STEVEN M. FAHLGREN, D/B/A
  Job or Title *(if known)*  JUDGE: IN AND FOR NASSAU COUNTY FLORIDA
  Street Address  76347 VETERANS WAY
  City and County  YULEE
  State and Zip Code  FLORIDA
  Telephone Number  904-548-4600
  E-mail Address *(if known)*  astrickland@nassauclerk.com

Defendant No. 2
  Name  State of Florida
  Job or Title *(if known)*  Attorney General
  Street Address  State Capitol PL-01
  City and County  Tallahassee, FL 32399-1050
  State and Zip Code  Florida 32399
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 3
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 4
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violations of Plaintiff's Constitutional 4th, 6th and 14th amendment due-proccess rights, with the denial of due-process in a criminal contempt hearing for an alleged violation of an injunction for protection, violating plaintiffs constitutional rights with failure by defendant to inform plaintiff of a criminal proceeding against him, and inform plaintiff of his maranda rights with 6th amendment rights to legal counsel in this hearing, with a failure to ask plaintiff as to how he pleads as to the allegations agaisnt him. Failure by defendant to submit and verify his status under the Foreign Registration Act of 1938, and Anit-Bribery Statement, with a copy of his offical oath of office and bond, as to the authority of his office as a foreign agent, under Title 22 U.S.C 611-621, as his oath of office reflects his status pursuant to Title 8 U.S.C 1481, (a)(2)(4)(A) WHEREBY HE IS NOT IMMUNE FROM SUIT as a Foreign Agent, in violation of the affiants constitutional rights, nor does he have jurisdiction over affiant to adjudicate any order in regards to affiant who's rights are protected under the Constitution for the united States of America, against foreign agents, affiant challenges the Jurisdiction of defendants foreign office, in regards to his contempt order against affiant who's rights are secured and protected by constitution of the united States of America. ( See Attached Copy of Affidavit of Complaint/ order to Show Cause ) whereby plaintiff requests this honorable court order defendant to show cause, as to their status as a foreign agent, with their registration under the Foreign Registration Act of 1938, and Anti-Bribery act. pursuant to Title 22 U.S.C 611-621. , it is MANDATORY under this act that defendant provide said documents, as failure subjects defendant to the penalties of said Act in sec 8.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* THOMAS, ARNOLD H.                , is a citizen of the State of *(name)* FLORIDA                .

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* STEVEN M. FAHLGREN, , is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* FLORIDA, 8 U.S.C. (a) (2) (4) (A) .

    b.  If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    Due to the severe injuries inflicted by defendant with abuse of office by a public offical, plaintiff seeks more than said amount due to the severe pain and suffering and emotional distress that will last for years

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On April 9th 2019, between the hours of 8:00am and 11:55am, in regards to Case No. 2019-DR-26, in Nassau County Florida the defendant, Judge: Steven M. Fahlgren, willfully violated plaintiff's Constitutional 4th, 6th and 14th amendment due-process rights with failure to formerly arraign and inform plaintiff of his maranda rights and right to legal counsel in a criminal hearing and proceeding against him, with failure to inform and ask plaintiff as to how he pleads to the allegations and charges against him.   Plaintiff's x-wife Vicki T. Thomas, Gruber, filed an order to show cause for violation of her injunction for protection, as to plaintiff's use of the Florida Our Family Wizard system for plaintiff's assigned child visitation, the Our Family Wizard Contractual Guidelines specifically state quote:1.  The Utilization of the Our Family Wizard website shall not be deemed as a per se violation of any existing Injunction for Protection so long as there is no  threats of violence by any party or disparaging statements made against either party to the minor child. "    This provision was specifically designed to protect the other party from the malicious intent by the other party trying to weaponize the our family wizard system through a previous injunction for protection.  Plaintiff objected on record as to the defendant Judge: Steven M. Fahlgren, allowing this procedural violation,  Judge: Steven M. Fahlgren stayed mute of this issue and failed to issue a declaratory decree to clarify this contractual disparity that violated plaintiff's rights. ( See: Attached copy of the Florida Our Family Wizard Contractual Guidelines )

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

 Due to the severe level of abuse by defendants office, holding a seat of power, with intimidation with thier abuse of the legal process with the blatant violation of plaintiff's 4th and 14th amendment rights, in which plaintiff was never informed of a criminal proceeding and hearing against him, with his failure to read plaintiff his maranda rights with rights to legal counsel, or ask plaintiff how he pleads to said charges, resulting in a contempt charge denying plaintiff of his liberty for 90 days causing plaintff  and his family economic hardship with pain and suffering due to these violations of plaintiff's rights,   Plaintiff seeks damages in the amount of $ 100,000,000.00 One Hundred Million Dollars, or a substantial percentage thereof at this courts discretion with the removal of the illegal contempt charged levied against plaintiff .

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   4-22-19   *[signature]*

State and Zip Code  Florida, 32034
Telephone Number  904-261-6869
E-mail Address  officeAHT359@gmail.com

JURAT

<u>State of Florida</u>

ss.

<u>County of Duval</u>

Subscribed and sworn before me this __22__ day of __April__ 2019

_____ Notary Signature
Serenity Wagner

SERENITY WAGNER
Notary Public - State of Florida
Commission # GG 317812
My Comm. Expires Mar 31, 2023